UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                           :
CORNELL BRADFORD,          :
                           :    No. 19-cv-19020 (NLH)(AMD)
            Plaintiff,     :
                           :
        v.                 :    MEMORANDUM OPINION
                           :
DAVID KELSEY               :
                           :
            Defendant.     :
_____:

IT APPEARING THAT:

1. Plaintiff Cornell Bradford filed a civil rights action brought pursuant to 42 U.S.C. § 1983.  ECF No. 1.

2. On October 28, 2019, the notice of electronic filing that had been mailed to Plaintiff's address of record at South Woods State Prison in Bridgeton, New Jersey was returned as undeliverable.  ECF No. 2.

3. The Notice mailed to Plaintiff's address of record has been returned to sender with the envelop marked "Return to Sender, Refused, Unable To Forward."  Id.  It also appears with a stamp that provides "Return to Sender Item Refused, No Longer Housed at SouthWoods."  Id.  It appears that Plaintiff is no longer incarcerated at South Woods State Prison.

4. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1.  See L.

Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. Based on Plaintiff's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case, with the right to reopen this matter upon Plaintiff updating his contact information to satisfy the appropriate Rules.

6. An appropriate order follows.


Dated: <u>October 29, 2019</u>     <u> s/ Noel L. Hillman </u>
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.